IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-00045-02-CR-W-NKL |
| MARLON JORDAN, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Count One of the Information is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                                            s/ NANETTE K. LAUGHREY
                                            NANETTE K. LAUGHREY
                                            United States District Judge

Dated: July 12, 2011